**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00997-CR
No. 05-13-00998-CR

**CODY BRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-23970-T, F12-23977-T**

## ORDER

The Court **REINSTATES** the appeals.

On December 17, 2013, we ordered the trial court to make findings regarding why the clerk's records had not been filed. We have received the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the December 17, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      DAVID EVANS
         JUSTICE